IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RONALD ARLEN TRUMBULL                                                              PLAINTIFF

v.                                         Case No.  12-2195

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                     DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. #13) from Chief United States Magistrate Judge James R. Marschewski.  The Court has conducted a careful review of the findings and recommendations and of the timely objections filed by Plaintiff.  After reviewing the record *de novo* as to Plaintiff's objections, the Court finds the Magistrate's reasoning to be sound and further finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrates' findings.

The Court therefore concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 18th day of July, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE